**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNAY RODRIGUEZ, | No. C-10-3064 SI (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Correctional Sergeant LOCKE, | |
| Defendant. | |

This action is dismissed without prejudice to plaintiff filing a new action that complies with the administrative exhaustion requirements for prisoners.

IT IS SO ORDERED AND ADJUDGED.

Dated: September 20, 2011

_____
SUSAN ILLSTON
United States District Judge